IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON WASHINGTON,

    Defendant.

: Criminal Action No. 05- 97-UNA



REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 19, 2005, in the State and District of Delaware, Aaron Washington, defendant herein, with the intent to defraud, did knowingly pass counterfeit obligations of the United States, that is, approximately $150 of counterfeit $50 Federal Reserve notes, in violation of Title 18, United States Code, Section 472.

### COUNT TWO

On or about July 19, 2005, in the State and District of Delaware, Aaron Washington, defendant herein, with the intent to defraud, did knowingly keep in his possession counterfeit obligations of the United States, that is, approximately $5,200 of counterfeit $50 Federal Reserve notes, in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

FILED
NOV 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____*(signature)*_____
Christopher J. Burke
Assistant United States Attorney

Dated: November 1, 2005