UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
) CASE NO. Cr. 05-97-KAJ
vs. )
)
Aaron Washington )
)
       Defendant. )

ORDER

The defendant, upon entering a plea of not guilty to the Indictment on November 17, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until December 14, 2006. The time between the date of this order and December 14, 2016 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                      Honorable Mary Pat Thynge
                                      U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

NOV 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE