AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
AARON WASHINGTON

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 05-97-UNA

REDACTED

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| | 11/17/05 AT 1:00 pm |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

** Please report to the U.S. Marshal's in Room# 100 by 12:00 PM

To answer a(n)
X Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __472__

Brief description of offense:

PASSING COUNTERFEIT CURRENCY - ( COUNT 1 )

POSSESSING COUNTERFEIT CURRENCY - ( COUNT 2 )

FILED
NOV - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _[signature]_ ; Deputy Clerk
Signature of Issuing Officer

NOVEMBER 4, 2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE ||
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Via cert. mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  11/7/05
Date

D.W. Thomas
Name of United States Marshal

*signature*
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

