IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-97-KAJ |
| AARON WASHINGTON, | ) |
| Defendant. | ) |

### ORDER

WHEREAS, Defendant Aaron Washington has filed a motion to suppress statements (D.I. 9);

IT IS HEREBY ORDERED this 9th day of January, 2006, that a hearing on Defendant's motion is scheduled for February 8, 2006, at 9:00 a.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE