**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

January 18, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Aaron Washington**
              **Criminal Action No. 05-97-KAJ**

Dear Judge Jordan:

    The defendant has agreed to change his plea pursuant to the enclosed, unexecuted, Memorandum of Plea Agreement. The parties respectfully request that the Court schedule a Change of Plea hearing. An original, executed Memorandum will be submitted at the Change of Plea hearing.

                                  Respectfully submitted,

                                  COLM F. CONNOLLY
                                United States Attorney

                    BY:         /s/
                                Christopher J. Burke
                                Assistant United States Attorney

Enclosure

cc:    Penny Marshall, Esq.
        The Clerk of the Court