IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-97-KAJ |
| | ) | |
| AARON WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this **13th** day of **April, 2006**,

IT IS ORDERED that the sentencing hearing presently set for **May 10, 2006 at 4:30 p.m.** is hereby rescheduled to **May 10, 2006 at 3:30 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE