PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 1:05CR00097-001 |
| ) | |
| Aaron Washington, ) | |
| ) | |
| Defendant. ) | |

Petition on Probation and Supervised Release

COMES NOW Nancy A. Klingler Probation Officer of the Court presenting an official report upon the conduct and attitude of Aaron Washington, who was placed on supervision by the Honorable Kent A. Jordan, sitting in the court at Wilmington, Delaware on the 10th day of May, 2006, who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall provide the probation officer with access to any requested financial information.
2. The defendant shall not incur new credit charges or open additional lines of credit.
3. The defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing.
4. The defendant shall be placed on home detention for a period of four months, with electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
**Evidence:** On the following dates the defendant tested positive for cocaine: May 16, 2006; May 24, 2006; June 13, 2006; June 21, 2006; and July 11, 2006. The defendant also admitted to using cocaine on or about May 30, 2006.

**PRAYING THAT THE COURT WILL ORDER** ...a summons be issued for Aaron Washington so that he may be ordered to appear before the Court for a hearing to determine if he has violated the conditions of probation.

**ORDER OF COURT**

So ordered this 21st day of July, 2006.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_Nancy Klingler_
U.S. Probation Officer

Executed on    July 19, 2006

Place    Dover, Delaware