IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )
         v.                              )    Criminal Action No. 05-97-KAJ
                                         )
AARON WASHINGTON,                        )
                                         )
                    Defendant.           )

## ORDER

At Wilmington this **24**th day of **August, 2006**,

IT IS ORDERED that the continuation of the hearing on revocation of

probation is hereby scheduled for **August 30, 2006 at 10:00 a.m.** in Courtroom 6A, 6th

Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE